OPINION ON PETITION FOR REHEARING

Petitions for rehearing have been filed on behalf of both the State and Clarence Nesbit. The State asks the Court to grant rehearing and hold that our review in capital cases is limited to only those issues identified in Tenn. Code Ann. § 39-13-206(c)(l)(1997 Repl.). We decline. The initial opinion adequately addressed this issue.
The defendant argues that the opinion of the Court is invalid because only four justices participated in the decision. Three justices constitute a quorum and may sit as a Court and render valid judgments. Radford Trust Co. v. Lumber Co., 92 Tenn. 126, 137, 21 S.W. 329 (1893). Four justices participated in the decision in this case, with three constituting the majority. The judgment is valid.
Accordingly, the petitions for rehearing filed by the State and the defendant are denied, with costs taxed equally between the State and the defendant.
Justice Birch adheres to the views expressed in his original dissenting opinion.
/s/ Frank F. Drowota, III
Frank F. Drowota, III, Justice
ANDERSON, C.J., and HOLDER, J., concur.
REID, Special Justice, not participating.